FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TERRO L. BELL,<br><br>　　　　　　Defendant. | No.　2:05-CR-6030-EFS-1<br><br>**ORDER DENYING DEFENDANT'S PETITION FOR WRIT OF AUDITA QUERELA AND MOTION FOR APPOINTMENT OF COUNSEL** |

Before the Court are Defendant Terro L. Bell's Petition for Writ of Audita Querela, ECF 106, and related motion for appointment of counsel, ECF No. 107. Defendant asks the Court to reduce his sentence pursuant to the First Step Act and the Fair Sentencing Act.[1] On April 21, 2006, in the Eastern District of Washington, Defendant pled guilty to Distribution of a Controlled Substance, Cocaine Base, in violation of 21 U.S.C. § 841 and was sentenced to 60 months imprisonment followed by 4 years of supervised release.[2] In 2009, Defendant was released from federal

---

[1] ECF No. 106.

[2] ECF No. 91.

custody and supervised release commenced. On December 16, 2009, jurisdiction of Defendant's supervised release was transferred to the Western District of Washington.[3] On October 9, 2009, Defendant's supervised release was terminated.[4] Because Defendant completed serving his sentence, including Defendant's supervised release term, in the instant case, the issues raised in Defendant's petition are moot and the Court lacks jurisdiction to reduce Defendant's sentence in his 2006 conviction.[5]

Defendant avers that in 2016, he was charged in the District of North Dakota with conspiracy to possess methamphetamine with intent to distribute and sentenced, as a career offender, to 180 months imprisonment. For Defendant to seek relief from his 2016 sentence, he must seek relief from the District of North Dakota.[6]

**IT IS HEREBY ORDERED:**

1. Defendant's Petition for Writ of Audita Querela, **ECF No. 106**, is **DENIED** as moot.

2. Defendant's Motion for Appointment of Counsel, **ECF No. 107**, is **DENIED**.

---

[3] ECF No. 99.

[4] Case No. 2:09-CR-00425-JLR.

[5] *See United States v. D.M.*, 869 F.3d 1133, 1137 (9th Cir. 2017).

[6] *See* 28 U.S.C. § 2255.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to Defendant and all counsel.

**DATED** this __30th__ day of April 2020.

                    s/Edward F. Shea

                EDWARD F. SHEA
        Senior United States District Judge